# Court of Appeals
# of the State of Georgia

ATLANTA, _November 30, 2023_

*The Court of Appeals hereby passes the following order:*

## A24A0487. CAILE M. BLAIR v. JPMORGAN CHASE BANK, N.A.

JPMorgan Chase Bank, N. A. ("JPMorgan") filed an action seeking a judgment of $9,976.23 against Caile M. Blair. The trial court later entered a default judgment against Blair in the amount sought by JPMorgan. Blair has filed this direct appeal. We lack jurisdiction.

Appeals in all actions for damages in which the judgment is $10,000.00 or less shall comply with the discretionary appeals procedure. OCGA § 5-6-35 (a) (6). Because this suit is an action for damages and the judgment entered was less than $10,000, a discretionary application was required. See *Jennings v. Moss*, 235 Ga. App. 357, 357 (509 SE2d 655) (1998). "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996). Blair's failure to follow the required appellate procedure deprives us of jurisdiction over this appeal, which is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,_11/30/2023_____*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*